## Cloud *v.* Philadelphia & West Chester Traction Co., Appellant (No. 2).

Argued November 21, 1921. Appeal, No. 3, Oct. T., 1921, by defendant, from judgment of C. P. Delaware County, Sept. T., 1919, No. 65, on verdict for plaintiff in the case of Marshall C. Cloud v. Philadelphia & West Chester Traction Company. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ. Affirmed.

OPINION BY LINN, J., December 15, 1921:

This is an appeal by defendant from a judgment for the plaintiff Cloud for damage to his automobile in the collision which was the subject of an appeal disposed of in an opinion filed this day to No. 4, October Term, 1921.

Both cases were tried together below and argued together here. What was said on the merits in that opinion disposes of this appeal.

The judgment is affirmed.